# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JODY KOVACH,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. C20-1317-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows. The ALJ will give Plaintiff an opportunity for a new hearing and issue a new decision. The ALJ will further consider Plaintiff's migraine headaches in compliance with Social Security Ruling 19-4p and, in doing so, consider whether the migraine headaches medically equal the requirements of a listed impairment at step three of the sequential evaluation process. The ALJ will further consider Plaintiff's subjective complaints; further consider the medical opinions pursuant to 20 C.F.R.

Page 1      ORDER - [C20-1317-MLP]

§§ 404.1520c and 416.920c; further evaluate Plaintiff's residual functional capacity; and, if warranted, obtain supplemental vocational expert evidence.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 26th day of May 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov